Eric L. Buchanan
*Licensed in Tennessee
and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia
and the District of Columbia*

ERIC BUCHANAN
— & ASSOCIATES —

DISABILITY INSURANCE ATTORNEYS

---

Application granted. The initial conference scheduled for May 1, 2024 is adjourned to May 21, 2024 at 2:15 p.m.  At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

**SO ORDERED.**

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            April 26, 2024

---

April 25, 2024

**VIA ECF Letter Motion**

Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

      RE:    Donald Risucci v. Hartford Life and Accident Ins. Co. et al *(Case No.: 7:24-cv-00486-PMH)*

Dear Judge Halpern:

We represent the Plaintiff, Donald Risucci in the above referenced matter. Plaintiff respectfully requests that the Court reschedule the initial conference scheduled for May 1, 2024. In its April 5, 2024 Order, the Court scheduled an initial conference for May 1, 2024 at 12:00 p.m. Plaintiff's counsel Kaci Garrabrant will be out of the office on a trip out of state on May 1, 2024 and will not return until the following week.

Plaintiff's counsel conferred with opposing counsel, who does not oppose Plaintiff's request.  Opposing counsel did note that he would have limited availability during the week of May 13, 2024 for rescheduling, but both parties have availability the week of May 20, 2024 for rescheduling and respectfully request that the hearing be rescheduled for a date during that week.

For the above-stated reasons, Plaintiff respectfully requests the Court allow the parties to reschedule the hearing for a later date.

Respectfully submitted,

BY:  */s Kaci Garrabrant*

Kaci Garrabrant (TNBPR #039026)
Admitted pro hac vice
414 McCallie Avenue
Chattanooga, TN  37402
Telephone:  (423) 634-2506
Facsimile:  (423) 634-2505

*Attorneys for Plaintiff*